**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X  __3rd__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Claudia Martins__     JOINT DEBTOR: _____     CASE NO.: 13-28132-PGH
Last Four Digits of SS# xxx-xx- __7334__   Last Four Digits of SS# xxx-xx-_____   Case Filed On: __07/31/2013__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ __150.00__ for months __1__ to __60__;
- B. $_____ for months _____ to _____;
- C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,500.00__    Plus filing fees and costs
TOTAL PAID  $ __1,500.00__    Plus filing fees and costs
Balance Due  $ __2,000.00__    payable $ __136.36__ /month (Months __1__ to __14__)
                                payable $ __90.96__ /month (Months __15__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment   $_____ /month (Months _____ to _____)
         _____   Regular Payment   $_____ /month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service [Amended POC #2]     Total Due  $ __831.60__
                                                  Payable   $ __126.36__ /month (Months __16__ to __21__)
                                                  Payable   $ __73.44__ /month (Month __22__)

Unsecured Creditors:  Pay $ __0.00__ /month (Months __1__ to __14__).
                      Pay $ __45.40__ /month (Month __15__).
                      Pay $ __10.00__ /month (Months __16__ to __21__).
                      Pay $ __62.92__ /month (Month __22__).
                      Pay $ __136.36__ /month (Months __23__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will pay direct to Carrington Mortgage Services, LLC, re account #7000036287, for her homestead property located at 184 Spanish Isles Ct, Boca Raton, FL 33496. Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____                           _____
Debtor                                                 Joint Debtor
Date: __January 28, 2014__                             Date: _____

LF-31 (rev. 01/08/10)